IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIK PETERSON, et al | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | NO. 15-cv-05030-GAM |
| SEAN WOLFINGTON, et al | : | |
| Defendants. | : | |

## **O R D E R**

The Plaintiffs filed a motion to compel answers to their third request for production of documents. Doc. No. 125 (motion), Doc. No. 125-1 (memorandum in support). For the reasons described in the Memorandum filed with this Order, it is on this 23rd day of February, 2017,

ORDERED

That the plaintiffs' motion to compel is DENIED.

**BY THE COURT:**


_s/Richard A. Lloret_____
**RICHARD A. LLORET**
**UNITED STATES MAGISTRATE JUDGE**